G. Thomas Martin III, Esq. (SBN 218456)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd, Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
tmartin@consumerlawcenter.com
Attorney for Plaintiff,
JENNIFER ALTOUNIAN

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER ALTOUNIAN | ) | **Case No.: 2:09-cv-03285-DSF-SH** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **VOLUNTARY DISMISSAL** |
| | ) | |
| VALENTINE & KEBARTAS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff, JENNIFER ALTOUNIAN, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.


Dated: July 9, 2009                    KROHN & MOSS, LTD.


                                       By:/s/ G. Thomas Martin III_

                                       G. Thomas Martin III

                                       Attorney for Plaintiff,
                                       Jennifer Altounian

- 1 -

Voluntary Dismissal